| UNITED STATES BANKRUPTCY COURT _____ District of _____ | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):   ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☐ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** |
| *(This page must be completed and filed in every case.)* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||

| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | M.A.E. Specialties Industries, Inc |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

### Signature of Attorney*

X   /s/ Scott J Kofkin
    Signature of Attorney for Debtor(s)
    Scott J Kofkin
    Printed Name of Attorney for Debtor(s)
    KofkinLaw
    Firm Name

    675 E Irving Park Rd, #104
    Roselle, Illinois 60172
    Address
    630-539-4600
    Telephone Number
    10/31/2013
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~signature~_____
    Signature of Authorized Individual
    Michael S Paradise
    Printed Name of Authorized Individual
    President
    Title of Authorized Individual
    10/31/2013
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 6F (12/07)

IN RE **MAE Specialties Industries Inc**                                        Case No. _____
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **A & B FREIGHT LINE INC** **POBOX 6026** **ROCKFORD, IL   61125-102** | | | | | | | 11,374.35 |
| **ACCOUNT NO.** | | | | | | | |
| **A LYONS & COMPANY INC** **40 BEACH STREET** **MANCHESTER, MA   01944** | | | | | | | 4,101.06 |
| **ACCOUNT NO.** | | | | | | | |
| **AAA PLATING** **3141 AMBROSE AVE** **NASHVILLE, TN   37207** | | | | | | | 150.00 |
| **ACCOUNT NO.** | | | | | | | |
| **ABCOR** **1243 RAND RD** **DES PLAINES, IL   60016** | | | | | | | 1,743.00 |

_____ **25** continuation sheets attached

|  | Subtotal (Total of this page) | $ | 17,368.41 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **ACCURATE PRODUCTS INC 4645 N RAVENSWOOD AVE CHICAGO, IL  60640-458** | | | | | | | 330.10 |
| ACCOUNT NO.  **ADVANCE COMPONENTS 2920 COMMODORE DR STE 100 CARROLLTON, TX  75007** | | | | | | | 278.02 |
| ACCOUNT NO.  **ALLSOURCE LOGISTICS POBOX 845 LAWRENCEBURG, TN  38464** | | | | | | | 691.00 |
| ACCOUNT NO.  **ALTEC PACKAGING SYSTEMS 216 West Higgins Road Park Ridge, IL  60068** | | | | | | | 0.00 |
| ACCOUNT NO. **2011 M1 129814**  **Altec Packaging Systems Inc % DiMonte & Lizak LLC 216 West Higgins Road Park Ridge, IL  60068** | | | **Collection Judgment entered in 2012** | | | | 19,000.00 |
| ACCOUNT NO.  **AMERICAN DRILLING 625 Glenn Ave Wheeling, IL  60090** | | | | | | | 948.05 |
| ACCOUNT NO.  **AMERICAN EXPRESS POBOX 0001 LOS ANGELES, CA  90096-000** | | | | | | | 0.00 |

Sheet no. ____**1**____ of ____**25**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **21,247.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                      Case No. _____
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7-61007**<br>**American Express**<br>**POBox 297879**<br>**Ft Lauderdale, FL  33329-7879** | | | **Business credit card account** | | | | 7,600.00 |
| ACCOUNT NO. **461004**<br>**American Express**<br>**POBox 981535**<br>**El Paso, TX  79998-1531** | | | **Business Gold credit card account** | | | | 17,000.00 |
| ACCOUNT NO. **321006**<br>**American Express**<br>**POBox 981535**<br>**El Paso, TX  79998-1531** | | | **Business Management Account** | | | | 14,000.00 |
| ACCOUNT NO.<br>**AMERICAN EXPRESS  NY**<br>**POBOX 5955**<br>**NEW YORK, NY  10087-595** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AMERICAN EXPRESS OPTIMA**<br>**SUITE 0002**<br>**CHICAGO, IL  60680-410** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ANDERSON PEST SOLUTIONS**<br>**POBox 600670**<br>**Jacksonville, FL  32260** | | | | | | | 50.00 |
| ACCOUNT NO.<br>**ARC DISPOSAL / REPUBLIC SVC #551**<br>**POBOX 9001154**<br>**LOUISVILLE, KY  40290-115** | | | | | | | 818.86 |

Sheet no. ____**2**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **39,468.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE MAE Specialties Industries Inc _____    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ARTMARK PRODUCTS CORP** **11315 NW 36TH TERRACE** **MIAMI, FL  33178** | | | | | | | **4,828.19** |
| ACCOUNT NO. **ASSURANCE TECHNOLOGIES INC** **1251 HUMBRACHT CIRCLE UNIT A** **BARTLETT, IL  60103** | | | | | | | **197.50** |
| ACCOUNT NO. **AT&T** **POBOX 5080** **CAROL STREAM, IL  60197-508** | | | | | | | **48.34** |
| ACCOUNT NO. **AT&T BUSINESS SERVICES** **POBOX 5019** **CAROL STREAM, IL   60197-50** | | | | | | | **2,813.31** |
| ACCOUNT NO. **AUTO BOLT** **POBOX 76708** **CLEVELAND, OH  44101-650** | | | | | | | **4,792.00** |
| ACCOUNT NO. **AVERITT** **POBOX 102197** **ATLANTA, GA  30368-219** | | | | | | | **218.84** |
| ACCOUNT NO. **AZTECH LOCKNUT CO** **2675 WHITE OAK CIRCLE** **AURORA, IL  60504** | | | | | | | **2,983.85** |

Sheet no. ___**3**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **15,882.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BAKER TUBULAR METAL**<br>**120 SOUTH STREET**<br>**WILDER, KY  41071** | | | | | | | 2,098.40 |
| ACCOUNT NO.<br>**BEACON FASTENERS & COMPONENTS**<br>**3058 PAYSPHERE CIRCLE**<br>**CHICAGO, IL  60674** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**BEST STAINLESS**<br>**250 BEINORIS DRIVE**<br>**WOOD DALE, IL  60191** | | | | | | | 376.80 |
| ACCOUNT NO.<br>**BISCO INDUSTRIES INC**<br>**POBOX 68062**<br>**ANAHEIM, CA  92817** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**BRADLEY GROUP**<br>**16679 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL  60693** | | | | | | | 577.50 |
| ACCOUNT NO.<br>**BUCKEYE FASTENERS**<br>**POBOX 5854**<br>**CLEVELAND, OH  44193** | | | | | | | 7,446.42 |
| ACCOUNT NO. **4802-1375-2341-2072**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | **Corporate credit card account** | | | | 24,000.00 |

Sheet no. ____**4**__ of ____**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **34,499.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE MAE Specialties Industries Inc    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CAPLUGS** <br> **3012 MOMENTUM PLACE** <br> **CHICAGO, IL  60689-533** | | | | | | | 1,373.43 |
| ACCOUNT NO. <br> **CATCHING FLUID POWER** <br> **3643 EAGLE WAY** <br> **CHICAGO, IL  60678-103** | | | | | | | 15,000.00 |
| ACCOUNT NO. <br> **CHASE FASTENERS INC** <br> **1539-45 N TWENTY FIFTH** <br> **MELROSE PARK, IL  60160** | | | | | | | 713.50 |
| ACCOUNT NO. <br> **COMCAST** <br> **POBOX 3100** <br> **SOUTHEASTERN, PA  19398-300** | | | | | | | 569.64 |
| ACCOUNT NO. <br> **COMMONWEALTH EDISON** <br> **POBOX 6111** <br> **CAROL STREAM, IL  60197-611** | | | | | | | 1,659.69 |
| ACCOUNT NO. **30050** <br> **Component Technologies Inc** <br> **POBox 2127** <br> **NORTHLAKE, IL    60164** | | | **Collection judgment from 2012** | | | | 89,000.00 |
| ACCOUNT NO. **2009 L 10452** <br> **Component Technologies International Inc** <br> **% Robert Boylan, Foran Glennon Et Al** <br> **222 North LaSalle Street, Ste 1400** <br> **Chicago, IL  60601** | | | **Collection attorneys** | | | | 0.00 |

Sheet no. ____**5**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **108,316.26**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**  Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CONTINENTAL AERO** <br> **POBOX 354** <br> **HARRISON, NJ 07029** | | | | | | | 1,006.57 |
| ACCOUNT NO. <br> **COUNTRY GAS CO** <br> **4010 U.S. HWY 14** <br> **CRYSTAL LAKE, IL 60014-829** | | | | | | | 1,059.93 |
| ACCOUNT NO. <br> **CSM FASTENER PRODUCTS** <br> **POBOX 92170** <br> **ELK GROVE VILLAGE, IL 60007** | | | | | | | 179,890.41 |
| ACCOUNT NO. <br> **CUBE GLOBAL LLC** <br> **1966 QUINCY COURT** <br> **GLENDALE HEIGHTS, IL 60139** | | | | | | | 1,596.28 |
| ACCOUNT NO. <br> **CULLIGAN WHEELING IL** <br> **POBOX 1639** <br> **BOLINGBROOK, IL 60440-730** | | | | | | | 300.00 |
| ACCOUNT NO. <br> **CURTIS METAL FINSIHING** <br> **POBOX 276** <br> **TROY, MI 48099** | | | | | | | 7,805.99 |
| ACCOUNT NO. <br> **DACO PRECISION TOOL** <br> **POBOX 435** <br> **KEWASKUM, WI 53040** | | | | | | | 601.17 |

Sheet no. **6** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 192,260.35

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                    Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAILY OFFICE SUPPLY**<br>**882 EAGLE DRIVE**<br>**BENSENVILLE, IL   60106** | | | | | | | 1,630.44 |
| ACCOUNT NO.<br>**DAR-TECH LLC**<br>**795 INDUSTRIAL DRIVE STE 105**<br>**CARY, IL   60013** | | | | | | | 2,337.58 |
| ACCOUNT NO.<br>**DAYTON FREIGHT LINES INC**<br>**POBOX 340**<br>**VANDALIA, OH   45377** | | | | | | | 4,710.39 |
| ACCOUNT NO.<br>**DETROIT WASHERS & SPECIALS DEPT 77090**<br>**POBOX 77000**<br>**DETROIT, MI   48227-009** | | | | | | | 23,378.92 |
| ACCOUNT NO. **-2489**<br>**Discover Business Card**<br>**POBox 3023**<br>**New Albany, OH   43054-3023** | | | **Business credit card account** | | | | 5,500.00 |
| ACCOUNT NO.<br>**DU-ALL AUTOMATION**<br>**5711 W. GRAND AVE**<br>**CHICAGO, IL   60639** | | | | | | | 6,915.43 |
| ACCOUNT NO.<br>**EARNEST MACHINE PRODUCTS**<br>**POBOX 71-5085**<br>**COLUMBUS, OH   43271-508** | | | | | | | 1,270.83 |

Sheet no. ____**7**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **45,743.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** MAE Specialties Industries Inc

Debtor(s)                                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**eDot**<br>**3075 Tollview Drive**<br>**Rolling Meadows, IL   60008** | | | | | | | 3,091.31 |
| ACCOUNT NO.<br>**EFC International**<br>**POBOX 790051**<br>**ST. LOUIS, MO   63179-005** | | | | | | | 14,716.78 |
| ACCOUNT NO.<br>**ELECTRONIC PLATING CO**<br>**POBOX 50469**<br>**CICERO, IL   60804** | | | | | | | 195.00 |
| ACCOUNT NO.<br>**ELITE FASTENERS**<br>**2005   15TH STREET**<br>**ROCKFORD, IL   61104** | | | | | | | 9,772.27 |
| ACCOUNT NO. **12 M1 132107**<br>**Engineered Fastener Company**<br>**% Michael David Weis**<br>**POBox 1166**<br>**Northbrook, IL  60065** | | | **Default judgment in collection action** | | | | 18,000.00 |
| ACCOUNT NO.<br>**EXPRESS SERVICES INC**<br>**POBOX 841634**<br>**DALLAS, TX   75284-163** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**FAC LOGISTICS**<br>**7320 S MADISON ST UNIT 800**<br>**WILLOWBROOK, IL   60527** | | | | | | | 3,976.00 |

Sheet no. ____**8**__ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  49,751.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **FASTENER COATINGS** **1111 RIVER RD** **THREE RIVERS, MI  49093** | | | | | | | 3,238.56 |
| ACCOUNT NO. **FEDERAL PROCESS** **POBOX 71-5010** **Columbus, OH  43271-501** | | | | | | | 527.17 |
| ACCOUNT NO. **FOREST CITY TECH** **POBOX 392243** **CLEVELAND, OH  44193** | | | | | | | 150.00 |
| ACCOUNT NO. **FORT DEARBORN LIFE INS** **36788 EAGLE WAY** **CHICAGO, IL  60678-136** | | | | | | | 0.00 |
| ACCOUNT NO. **GENERAL PLUG & MFG** **POBOX 951295** **CLEVELAND, OH  44193** | | | | | | | 1,208.97 |
| ACCOUNT NO. **GLOBALTRANZ ENTERPRISES INC** **POBOX 203285** **DALLAS, TX  75320-328** | | | | | | | 410.42 |
| ACCOUNT NO. **GREENSLADE & CO** **2234 WENNECA** **FORT WORTH, TX  76102** | | | | | | | 400.00 |

Sheet no. _____**9**___ of ____**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **5,935.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **MAE Specialties Industries Inc**                                        Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **GRUNER BRASS FITTINGS CORP** **POBOX 120318** **BROOKLYN, NY 11212** | | | | | | | 6,000.00 |
| ACCOUNT NO. **ICS / FLANGE** **POBOX 577** **HUNTLEY, IL 60142** | | | | | | | 412.00 |
| ACCOUNT NO. **IDOR Bankruptcy Section** **Level 7-425** **100 W Randolph St** **Chicago, IL 60601** | | | State tax claim; lien filed Oct, 2013 | | | | 15,000.00 |
| ACCOUNT NO. **IDOR Lien Unit** **POBox 19035** **Springfield, IL 62794-9035** | | | Additional notice | | | | 0.00 |
| ACCOUNT NO. **IFA III Devon Ave LLC** **Bldg ID CGQ001** **POBox 6076** **Hicksville, NY 11802-6076** | | | Former business landlord | | | | unknown |
| ACCOUNT NO. **Industrial Rivet & Fastener Co** **200 Paris Ave** **Northvale, NJ 07647** | | | | | | | 317.59 |
| ACCOUNT NO. **INDUSTRIAL SCALE INC** **S81W19077 APOLLO DR** **MUSKEGO, WI 53150** | | | | | | | 468.61 |

Sheet no. **10** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,198.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **INTERCORP** <br> **641 N POPLAR STREET** <br> **ORANGE, CA  92868** | | | | | | | 58.73 |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA  19101-7346** | | | **Tax claim for period ending Feb 2011** | | | | 1,000.00 |
| ACCOUNT NO. <br> **ISOSTATIC IND INC** <br> **2752 PAYSPHERE CIRCLE** <br> **CHICAGO, IL  60674** | | | | | | | 1,680.00 |
| ACCOUNT NO. <br> **Jason A Cook** <br> **Sethna & Cook PC** <br> **400 S County Farm Rd Ste 110** <br> **Wheaton, IL  60187** | | | **Disputed claim for legal fees** | | | X | 6,700.00 |
| ACCOUNT NO. <br> **JAY-CEE SALES** <br> **POBOX 1150** <br> **FARMINGTON, MI  48332** | | | | | | | 2,235.00 |
| ACCOUNT NO. <br> **K & L SALES INC** <br> **1425 WALNUT RIDGE DR** <br> **HARTLAND, WI  53029** | | | | | | | 191.41 |
| ACCOUNT NO. <br> **KADDIS MFG CORP** <br> **293 PATRIOT WAY POBOX 92985** <br> **ROCHESTER, NY  14692-908** | | | | | | | 3,388.13 |

Sheet no. ___**11**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ | 15,135.81

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KANEBRIDGE CORP**<br>**LOCKBOX 8542 POBOX 8500**<br>**PHILADELPHIA, PA   19178-854** | | | | | | | 16,469.32 |
| ACCOUNT NO.<br>**KDS IMPORTS INC**<br>**1350 REMINGTON ROAD**<br>**SCHAUMBURG, IL   60173** | | | | | | | 98,931.04 |
| ACCOUNT NO.<br>**KONICA MINOLTA BUSINESS**<br>**DEPT C H 19188**<br>**PALATINE, IL   60055** | | | | | | | 266.20 |
| ACCOUNT NO.<br>**KVF COMPANY INC**<br>**950 LIVELY RD**<br>**ELK GROVE VILLAGE, IL   60007-225** | | | | | | | 846.77 |
| ACCOUNT NO.<br>**L D REDMER**<br>**515 THOMAS DRIVE**<br>**BENSENVILLE, IL   60106** | | | | | | | 3,817.90 |
| ACCOUNT NO.<br>**LA FOX SCREW PRODUCTS INC**<br>**440 N. GILBERT STREET**<br>**SOUTH ELGIN, IL   60177** | | | | | | | 1,525.15 |
| ACCOUNT NO.<br>**LARSEN & SHAW**<br>**575 DURHAM STREET**<br>**WEST WALKERTON ON N0G 2,** | | | | | | | 941.20 |

Sheet no. __**12**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **122,797.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE MAE Specialties Industries Inc _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LINDSTROM METRIC INC** <br> **2950 100TH COURT NE** <br> **BLAINE, MN   55449** | | | | | | | **3,542.16** |
| ACCOUNT NO. <br> **LSQ Funding Group LC** <br> **POBox 809209** <br> **Chicago, IL  60680-9209** | | | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. <br> **LSQ Funding Group LC** <br> **1405 West Colonial Drive** <br> **Orlando, FL  32804** | | | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. <br> **LSQ Funding Group LC** <br> **% Morgan & Morgan PA; Tucker Byrd** <br> **20 North Orange Ave, Ste 1500** <br> **Orlando, FL  32802-4979** | | | **Factoring company claiming uncollected accounts** | X | X | X | **530,000.00** |
| ACCOUNT NO. <br> **LSQ Funding Group LC** <br> **2600 Lucien Way #100** <br> **Maitland, FL  32751** | | | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. <br> **Lutz Sales** <br> **4675 Turnberry Dr** <br> **Hanover Park, IL   60133** | | | | | | | **105.05** |
| ACCOUNT NO. <br> **Masters & Yates Inc** <br> **2430 20th St** <br> **Rockford, IL   61108** | | | | | | | **1,084.37** |

Sheet no. ___13___ of ___25___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **534,731.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McADAMS MULTIGRAPHICS<br>900 JORIE BLVD STE 26<br>OAKBROOK, IL  60523 | | | | | | | 3,700.81 |
| ACCOUNT NO.<br><br>MECHANICAL PLASTICS CORP<br>110 RICHARDS AVE<br>NORWALK, CT  06854 | | | | | | | 3,883.00 |
| ACCOUNT NO.<br><br>Melrose Trucking<br>7545 Madison Street<br>Burr Ridge, IL 60527 | | | **Storage company holding corporate assets such as files, records, samples, computers, desks and other items from last business location** | | | | unknown |
| ACCOUNT NO.<br><br>METRIC FASTENERS CORP<br>3836 SOLUTIONS CENTER<br>CHICAGO, IL  60677-300 | | | | | | | 2,694.51 |
| ACCOUNT NO.<br><br>MIDWEST METAL FINISHING<br>2136 S. SAWYER AVE<br>CHICAGO, IL  60623 | | | | | | | 110.00 |
| ACCOUNT NO.<br><br>MIKE'S ANNODIZING<br>859 N SPAULDING AVE<br>CHICAGO, IL  . 60651 | | | | | | | 101.00 |
| ACCOUNT NO.<br><br>MILLER INDUSTRIAL<br>621 EAST DEVON AVENUE<br>ELK GROVE VILLAGE, IL  60007 | | | | | | | 234.08 |

Sheet no. __14__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,723.40

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                    Case No. _____

                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MINNEAPOLIS WASHER & STAMPING**<br>**1501 WEST RIVER ROAD NORTH**<br>**MINNEAPOLIS, MN  55411** | | | | | | | 347.16 |
| ACCOUNT NO.<br>**MORGAN O'HARE INC**<br>**701-735 FACTORY ROAD**<br>**ADDISON, IL  60101** | | | | | | | 3,133.79 |
| ACCOUNT NO.<br>**MUBEA**<br>**POBOX 636331**<br>**CINCINNATI, OH  45263-633** | | | | | | | 5,323.50 |
| ACCOUNT NO.<br>**NATIONAL TELECOM**<br>**420 SOUTH VERMONT**<br>**PALATINE, IL  60067** | | | | | | | 2,335.40 |
| ACCOUNT NO.<br>**NBS CORPORATION**<br>**3100 E. SLAUSON AVE**<br>**VERNON, CA  90058** | | | | | | | 622.17 |
| ACCOUNT NO. **98357**<br>**New Logic Business Loans Inc**<br>**300 Ledgewood Pl, Ste 301**<br>**Rockland, MA  02370** | | | Two high interest loans | | X | X | 68,000.00 |
| ACCOUNT NO. **2012 A 4114 - 1**<br>**New Logic Business Loans Inc**<br>**% Vincent E Aubrey, Esq**<br>**2015 Vaughn Road, Bldg 500**<br>**Kennesaw, GA  30144** | | | Collection attorneys | | | | 0.00 |

Sheet no. ____**15**____ of ____**25**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   79,762.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc** _____    Case No. _____
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **123498728** <br> **NewLogic Business Loans Inc** <br> 300 Ledgewood Place, Ste 301 <br> Rockland, MA  02370 | | | | | | | 60,000.00 |
| ACCOUNT NO. **1234853383** <br> **NewLogic Business Loans Inc** <br> 300 Ledgewood Place, Ste 301 <br> Rockland, MA  02370 | | | | | | | 25,250.00 |
| ACCOUNT NO. <br> **NICOR GAS** <br> POBOX 0632 <br> AURORA, IL  60507-063 | | | | | | | 617.80 |
| ACCOUNT NO. <br> **O'MALLEY & KWIT LLC** <br> 321 N. CLARK ST STE# 930 <br> CHICAGO, IL  60654 | | | | | | | 120,000.00 |
| ACCOUNT NO. <br> **OHIO NUT AND BOLT** <br> 33 LOU GROZA BLVD <br> BEREA, OH  44017 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **P & L SCREW PRODUCTS** <br> 2341 17TH AVE <br> FRANKLIN PARK, IL  60131 | | | | | | | 1,245.60 |
| ACCOUNT NO. <br> **PATTEN INDUSTRIES #77** <br> 4539 Solutions Center <br> Chicago, IL  60677-400 | | | | | | | 532.94 |

Sheet no. ___**16**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **207,646.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PAULIN INDUSTRIES INC** **12400 PLAZA DRIVE** **PARMA, OH 44130-105** | | | | | | | **4,000.00** |
| ACCOUNT NO. **PEKIN INSURANCE CO** **2505 COURT STREET** **PEKIN, IL 61558-000** | | | | | | | **1,105.90** |
| ACCOUNT NO. **PFI, LLC Dba Vertex Distribution** **% The CBK Firm** **30 N LaSalle St, Ste 1520** **Chicago, IL 60602** | | | **Collection attorneys** | | | | **0.00** |
| ACCOUNT NO. **PORTEOUS FASTENER CO** **POBOX 731718** **DALLAS, TX 75373-171** | | | | | | | **300,000.00** |
| ACCOUNT NO. **PRAIRIE RIVET** **POBOX 427** **MARKESAN, WI 53946** | | | | | | | **747.86** |
| ACCOUNT NO. **PRECISION SPECIALTIES** **POBOX 1808** **COLLIERVILLE, TN 38027** | | | | | | | **506.34** |
| ACCOUNT NO. **PROFESSIONAL BUILDING SERVICES** **156 SCULLY DRIVE** **SCHAUMBURG, IL 60193** | | | | | | | **81.00** |

Sheet no. **17** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **306,441.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE MAE Specialties Industries Inc                                    Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PYRAMID PACKAGING**<br>**1828 JOHNS DRIVE**<br>**GLENVIEW, IL   60025** | | | | | | | **639.00** |
| ACCOUNT NO.<br>**R & L CARRIERS INC**<br>**POBOX 10020**<br>**PORT WILLIAM, OH   45164-200** | | | | | | | **499.56** |
| ACCOUNT NO.<br>**R & R CARTAGE**<br>**2046 BROOKSIDE LANE**<br>**AURORA, IL   60504** | | | | | | | **1,235.00** |
| ACCOUNT NO.<br>**R&R ENGINEERING CO**<br>**POBOX 428**<br>**SUMMITVILLE, IN   46070** | | | | | | | **2,292.76** |
| ACCOUNT NO.<br>**RAB Components**<br>**49 Otis Street Suite B**<br>**West Babylon, NY   11704** | | | | | | | **886.74** |
| ACCOUNT NO.<br>**RAMCO SPECIALTIES INC**<br>**5369 HUDSON DR**<br>**HUDSON, OH   44236** | | | | | | | **5,728.58** |
| ACCOUNT NO.<br>**RB&W CORP OF CANADA**<br>**POBOX 15229 STATION A HST#R102956992**<br>**TORONTO ONTARIO,     M5W 1C1** | | | | | | | **1,352.00** |

Sheet no. ___**18**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,633.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **MAE Specialties Industries Inc** _____   Case No. _____
                                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ROCKFORD FASTENER**<br>**POBOX 884**<br>**ROCKFORD, IL 61105** | | | | | | | 28,398.89 |
| ACCOUNT NO.<br>**ROTOR CLIP CO INC**<br>**187 Davidson Ave**<br>**Somerset, NJ 08873** | | | | | | | 5,206.25 |
| ACCOUNT NO.<br>**SA&R SALES & MARKETING**<br>**950 W. MAIN STREET STE 151**<br>**LAKE ZURICH, IL 60047** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO. **2012 L 08253**<br>**SA&R Sales & Marketing Inc**<br>**% Jason L Pyrz; Meltzer Purtill Et Al**<br>**1515 E Woodfield Rd, 2d Floor**<br>**Schaumburg, IL 60173** | | | **Collection action for alleged invoices for product neither shipped, nor delivered to debtor, but otherwise sold by creditor for value**<br>**Subject to Setoff** | X | X | X | 68,000.00 |
| ACCOUNT NO.<br>**SA&R Sales & Marketing Inc**<br>**950 W Main Street #151**<br>**Lake Zurich, IL 60047** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO.<br>**SA&R Sales & Marketing Inc**<br>**% Jason Metnick; Meltzer Purtill Et Al**<br>**300 S Wacker Dr, Ste 3500**<br>**Chicago, IL 60606** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO.<br>**SB&W CORP**<br>**POBOX 113196**<br>**STAMFORD, CT 06911-319** | | | | | | | 119,982.67 |

Sheet no. _____ **19** of _____ **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **221,587.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                   Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **SCHNIDT CARTAGE INC** <br> **1625 HUNTER COURT** <br> **HANOVER PARK, IL  60103** | | | | | | | 1,273.56 |
| ACCOUNT NO. <br> **SCHNIDT LOGISTICS INC** <br> **206 RISCH COURT WEST** <br> **CHICAGO, IL   60185** | | | | | | | 400.33 |
| ACCOUNT NO. <br> **SEMS & SPECIALS INC** <br> **6483 FALCON ROAD** <br> **ROCKFORD, IL   61109** | | | | | | | 140,710.72 |
| ACCOUNT NO. <br> **SET SCREW & MFG CO KIM TODD** <br> **1210 ST CHARLES ST** <br> **ELGIN, IL   60120** | | | | | | | 211.49 |
| ACCOUNT NO. <br> **SIX-2 FASTENER IMPORTS INC** <br> **2 BUCKS LANE SUITE 7** <br> **MARLBORO, NJ   07746** | | | | | | | 13,518.93 |
| ACCOUNT NO. <br> **SOUTH HOLLAND METAL FINISHING** <br> **26100 WHITING WAY** <br> **MONEE, IL   60449** | | | | | | | 348.40 |
| ACCOUNT NO. <br> **STAFAST PRODUCTS INC** <br> **POBOX 715516** <br> **COLUMBUS, OH   43271-551** | | | | | | | 936.99 |

Sheet no. ___**20**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **156,599.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                    Case No. _____
_____
                        Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **STAR STAINLESS** <br> **POBOX 48043** <br> **NEWARK, NJ  07101-484** | | | | | | | **10,286.25** |
| ACCOUNT NO. **12-AR 2477** <br> **Star Stainless Screw Co** <br> **% Teller Levit & Silvertrust PC** <br> **19 South LaSalle St, Ste 701** <br> **Chicago, IL  60603** | | | **Collection attorneys** | | | | **0.00** |
| ACCOUNT NO. <br> **STATE MECHANICAL SERVICES** <br> **1701 QUINCY AVE** <br> **NAPERVILLE, IL  60540** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **STELFAST FASTENERS INC** <br> **POBOX 901051** <br> **CLEVELAND, OH  44190-105** | | | | | | | **3,786.91** |
| ACCOUNT NO. <br> **STERLING SPRING** <br> **5432 W 54TH STREET** <br> **CHICAGO, IL  60638** | | | | | | | **1,316.00** |
| ACCOUNT NO. <br> **SUPERIOR INDUSTRIAL SUPPLY CO** <br> **7300 N OAK PARK AVE** <br> **NILES, IL  60714** | | | **Disputed claim for unpaid invoices** | X | X | X | **6,894.40** |
| ACCOUNT NO. **2012 M1 165135** <br> **Superior Industrial Supply Co** <br> **% Kalcheim Haber LLP** <br> **134 North LaSalle St #2100** <br> **Chicago, IL  60602** | | | **Disputed collection action over payments on invoices** | X | X | X | **18,000.00** |

Sheet no. ___**21**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **40,283.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **SUPERIOR WASHER** <br> **POBOX 8000 DEPT. 190** <br> **BUFFALO, NY  14267-000** | | | | | | | 230.14 |
| ACCOUNT NO. <br> **SWD INC** <br> **910 STILES DR** <br> **ADDISON, IL  60101** | | | | | | | 5,408.92 |
| ACCOUNT NO. <br> **TAMPERPROOF SCREW CO** <br> **30 LAUREL STREET** <br> **HICKSVILLE, NY  11801** | | | | | | | 466.11 |
| ACCOUNT NO. <br> **THE PENSION SPECIALISTS** <br> **POBOX 2048** <br> **LOVES PARK, IL  61130** | | | | | | | 1,768.80 |
| ACCOUNT NO. <br> **TODD SPECIAL SERVICES** <br> **POBOX 8045** <br> **ROCKFORD, IL  61126** | | | | | | | 362.53 |
| ACCOUNT NO. <br> **TRANS-EXPEDITE INC** <br> **7 FOUNDERS BLVD STE E** <br> **EL PASO, TX  79906** | | | | | | | 1,656.75 |
| ACCOUNT NO. <br> **Trustee, Racklow Trust** <br> **446 Hiawatha Trail** <br> **Wooddale, IL  60191** | | | **Former business landlord** | | | | **unknown** |

Sheet no. __**22**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **9,893.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** MAE Specialties Industries Inc                                 Case No. _____
_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**U S BANK**<br>**POBOX 790408**<br>**ST LOUIS, MO  63179-040** | | | | | | | 6,182.41 |
| ACCOUNT NO.<br>**ULINE**<br>**2200 S. Lakeside Dr**<br>**Waukegan, IL  60085** | | | | | | | 1,246.57 |
| ACCOUNT NO.<br>**UPS FREIGHT**<br>**28013 NETWORK PLACE**<br>**CHICAGO, IL  60673-128** | | | | | | | 377.76 |
| ACCOUNT NO. **4798-5312-0993-7178**<br>**US Bank**<br>**Cardmember Services**<br>**POBox 6335**<br>**Fargo, ND 58125-6335** | | | **corporate credit card account** | | | | 6,800.00 |
| ACCOUNT NO. **0000-3000-696-284**<br>**US Bank**<br>**POBox 2188**<br>**Oshkosh, WI 54903-2188** | | | **Commercial line of credit loan** | | | | 95,000.00 |
| ACCOUNT NO. **199372640656**<br>**US Bank**<br>**POBox 64991**<br>**St Paul, MN  55164-9505** | | | **Commercial line of credit** | | | | 5,600.00 |
| ACCOUNT NO.<br>**USF HOLLAND**<br>**27052 NETWORK PLACE**<br>**CHICAGO, IL  60673-127** | | | | | | | 1,285.49 |

Sheet no. ___**23**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **116,492.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800/998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **MAE Specialties Industries Inc** _____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**VERTEX FASTENERS NW5943**<br>**POBOX 1450**<br>**MINNEAPOLIS, MN   55485-594** | | | | | | | 15,025.76 |
| ACCOUNT NO.<br>**VILLAGE OF BENSENVILLE**<br>**12 SOUTH CENTER STREET**<br>**BENSENVILLE, IL   60106** | | | | | | | 108.83 |
| ACCOUNT NO.<br>**VILLAGE OF ELK GROVE**<br>**POBOX 4216**<br>**CAROL STREAM, IL   60197-421** | | | | | | | 131.80 |
| ACCOUNT NO.<br>**VOGELSANG CORP**<br>**1790 SWARTHMORE AVE**<br>**LAKEWOOD, NJ   08701** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**VOLT IND'L PLASTICS INC**<br>**700 HWY 202**<br>**W YELLVILLE, AR   72687** | | | | | | | 1,820.91 |
| ACCOUNT NO.<br>**VTE INC**<br>**5437 ROBINSON RD**<br>**PELLSTON, MI   49769** | | | | | | | 4,634.57 |
| ACCOUNT NO.<br>**WELCH PACKAGING**<br>**24775 NETWORK PLACE**<br>**CHICAGO, IL   60673-124** | | | | | | | 1,282.45 |

Sheet no. __**24**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 23,004.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE **MAE Specialties Industries Inc**
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **WILLIE WASHER** 2101 GREENLEAF ELK GROVE, IL  60007 | | | | | | | 2,626.14 |
| ACCOUNT NO. **WISCONSIN PLATING WORKS** POBOX 1813 RACINE, WI  53401 | | | | | | | 100.00 |
| ACCOUNT NO. **WJ ROBERTS** POBOX 1146 SAUGUS, MA  01906 | | | | | | | 394.00 |
| ACCOUNT NO. **WORLD WASHER** 763 ANNORENO DRIVE ADDISON, IL  60101 | | | | | | | 7,636.97 |
| ACCOUNT NO. **YELLOW WOODS CO** POBOX 48046 NEWARK, NJ  07101-484 | | | | | | | 36.25 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**25**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,793.36

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 2,421,196.23

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**